Argued and submitted July 28, reversed and remanded for resentencing for infraction of driving while suspended October 25, 1989

# STATE OF OREGON,
*Respondent,*

*v.*

# KENNETH MOYLE,
*Appellant.*

(C87-11-36763, C87-11-36862;
CA A50012 (Control), A50013)
(Cases Consolidated)
781 P2d 874

Howard Clyman, West Linn, argued the cause and filed the brief for appellant.

Vera Langer, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged with two felonies for driving while revoked on November 13 and 18, 1987, at which time his driving privileges had been revoked by reason of his habitual traffic offender status. The two charges were consolidated for trial.

The trial court concluded that the order revoking defendant's driving privileges was invalid and found him not guilty of the charged felonies. However, the court found him guilty of the misdemeanor of driving while suspended, *former* ORS 811.175, because defendant's driving record, to which he stipulated, showed that he was suspended as of February 17, 1985, for an indefinite period of time for failure to report an accident. ORS 809.410(9). That offense was then a Class A misdemeanor; however, the statute was amended in 1987, before the events which gave rise to these charges occurred, making driving while suspended a Class A traffic infraction, with certain exceptions not relevant here. That offense is a lesser offense included in felony driving while revoked.

The state concedes that defendant's conviction of a misdemeanor for driving while suspended should be reversed.

Reversed and remanded for resentencing for the infraction of driving while suspended.